IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ex rel. DE'VON CANNON,<br>            Plaintiff,<br><br>v.<br><br>RESCARE, INC, ET AL.,<br>            Defendants. | :<br>:<br>:<br>:<br>: Civ. No. 09-3068<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 16th day of September, 2014, after consideration of Defendants' Motion to Dismiss the Second Amended Complaint (Doc. No. 43), Relator's Response (Doc. No. 46), and all related filings, including the Government's Statement of Interest (Doc. Nos. 47, 51, 52, 53), it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part**. The Section 3729(a)(1) portion of Count 1 of Relator's Second Amended Complaint is **DISMISSED with prejudice** (except as to the United States). Defendants' Motion is otherwise **DENIED**.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
Paul S. Diamond, J.